## El Pueblo *v.* Laguna.

Apelación procedente de la Corte de Distrito de Arecibo.

No. 6.—Resuelto en Noviembre 4, 1904.

Apelación—Fundamentos del Recurso.—Los fundamentos de un recurso de apelación que no estuvieren justificados por las constancias de autos, no pueden servir de base para la revocación de la sentencia apelada.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Benedicto (José E.)*
Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la siguiente opinión del Tribunal.

Con fecha 17 de Mayo último el Fiscal de la Corte de Arecibo presentó acusación contra Bienvenido Laguna por el delito de acometimiento y agresión con circunstancias agravantes; en 25 del mismo mes se celebró el juicio oral, y de la

prueba practicada en dicho acto, el Tribunal declaró probado los hechos siguientes:

"Que el acusado Bienvenido Laguna y el individuo Ramón Barrio tuvieron, con anterioridad al hecho de autos, una pequeña cuestión en la que se fueron á las manos y por cuya causa el acusado Bienvenido Laguna publicó en el periódico que se titula "La Chispa", un comunicado de tonos duros para Barrio. Dados estos antecedentes, ambos individuos sentíanse resentidos y enconado su ánimo, armándose de revolvers, sin tener licencia, y en la tarde del 11 de Mayo del año en curso, el Barrio encontró al Laguna en uno de los Cafetines de Manatí y como le pidiera explicaciones con motivo del referido "Comunicado" surgió entre ambos una pendencia en la que, sacando á relucir sus respectivas armas, se hicieron voluntaria y maliciosamente mutuos y repetidos disparos, sin que resultaran heridos".

Como consecuencia de esta declaración de hechos probados, la Corte falló condenando al acusado Bienvenido Laguna como autor del delito de acometimiento y agresión á la pena de seis meses de cárcel en la de San Juan y al pago de las costas. De esta sentencia el acusado apeló para ante este Tribunal; ante él compareció por medio de un escrito en el que, formalizando la apelación que interpusiera, hace la alegación de que el acusado obró en defensa propia, única que establece como base ó fundamento de recurso. La vista de apelación tuvo lugar, ante este Tribunal, el día veinte y siete de Octubre último, con la sola asistencia del Fiscal, que impugnó el recurso por escrito y oralmente.

Hemos examinado cuidadosamente los antecedentes que tenemos para resolver la presente apelación y no hemos encontrado motivo alguno en que fundar la revocación de la sentencia apelada, pues la simple manifestación del abogado defensor de que el acusado obró en defensa propia, como muy bien dice el Sr. Fiscal, no puede servir de base, por sí sola, para poner en duda la resolución unánime de tres Jueces, que no estimaron esa circunstancia como eximente de responsabilidad, después de oir todas las pruebas, incluso la

de defensa, y las declaraciones de testigos cuya veracidad no fué impugnada por el recurrente. Por estas consideraciones opinamos que debe confirmarse la sentencia dictada por la Corte de Distrito de Arecibo con las costas del recurso al apelante.

.     *Confirmada.* .

Jueces concurrentes: Sres. Presidente, Quiñones y Asociados, Hernández, Figueras y MacLeary.